FILED

**July 13, 2016**

TN COURT OF
WORKERS' COMPENSATION
CLAIMS

Time 10:22 AM



### TENNESSEE BUREAU OF WORKERS' COMPENSATION
### IN THE COURT OF WORKERS' COMPENSATION CLAIMS
### AT NASHVILLE

| | | |
|---|---|---|
| **James Black,** | ) | **Docket No.: 2015-06-0423** |
| **Employee,** | ) | |
| **v.** | ) | **State File Number: 75113-2014** |
| **Prestige Group, LLC** | ) | |
| **Employer.** | ) | **Judge Kenneth M. Switzer** |
| | ) | |

## ORDER OF DISMISSAL

THIS CAUSE came on to be heard before the undersigned workers' compensation judge under Tennessee Compilation Rules and Regulations 0800-02-21-.13(02) (2015) for an initial hearing on July 11, 2016. Attorney Michael Haynie appeared on behalf of the Employer, Prestige Group, LLC. The Employee, James Black, who is self-represented, failed to appear.

Mr. Haynie informed the Court he has not heard from Mr. Black since entry of the Court's Expedited Hearing Order Denying Requested Relief dated May 11, 2016. Mr. Black did not appeal the Court's Expedited Hearing Order. The Court notes the Expedited Hearing Order contained the date/time for the Initial Hearing, which the Court Clerk sent to Mr. Black via email. The Court Clerk additionally sent Mr. Black a Notice of Initial Hearing on May 26, 2016, via email.

Mr. Haynie made a verbal Motion to Dismiss. Given the Court's Expedited Hearing Order, and Mr. Black's failure to prosecute his case further since its entry, the Court finds the motion well-taken and enters the following orders:

1. Mr. Black's claim for benefits under the Tennessee Workers' Compensation Act is dismissed with prejudice to the refiling of the claim.

2. The Court taxes the $150 filing fee in this claim to Prestige Group, LLC or its workers' compensation carrier pursuant to Rule 0800-02-21-.07 (2015) of the Tennessee Compilation Rules and Regulations, for which execution may issue as necessary. Prestige or its carrier shall promptly remit the filing fee to the Clerk of the Court of Workers' Compensation Claims.

3. Prestige or its carrier shall prepare and file a statistical data form within ten business days of the date of this order, pursuant to Tennessee Code Annotated section 50-6-244 (2015).

**ENTERED this the 13th day of July, 2016.**

Judge Kenneth M. Switzer
**Court of Workers' Compensation Claims**

Right to Appeal:

Tennessee Law allows any party who disagrees with this Order of Dismissal to appeal the decision to the Workers' Compensation Appeals Board or the Tennessee Supreme Court. To appeal your case to the Workers' Compensation Appeals Board, you must:

1. Complete the enclosed form entitled: "Compensation Hearing Notice of Appeal."

2. File the completed form with the Court Clerk *within thirty calendar days* of the date the workers' compensation judge entered the Order of Dismissal.

3. Serve a copy of the Compensation Hearing Notice of Appeal upon the opposing party.

4. The appealing party is responsible for payment of a **filing fee in the amount of $75.00.** Within ten calendar days after the filing of a notice of appeal, payment must be received by check, money order, or credit card payment. Payments can be made in person at any Bureau office or by United States mail, hand-delivery, or other delivery service. In the alternative, the appealing party may file an Affidavit of Indigency, on a form prescribed by the Bureau, seeking a waiver of the filing fee. The Affidavit of Indigency may be filed contemporaneously with the Notice

of Appeal or must be filed within ten calendar days thereafter. The Appeals Board will consider the Affidavit of Indigency and issue an order granting or denying the request for a waiver of the filing fee as soon thereafter as is practicable. **Failure to timely pay the filing fee or file the Affidavit of Indigency in accordance with this section shall result in dismissal of the appeal.**

5. The party filing the notice of appeal, having the responsibility of ensuring a complete record on appeal, may request, from the Court Clerk, the audio recording of the hearing for the purpose of having a transcript prepared by a licensed court reporter and filing it with the Court Clerk within fifteen calendar days of the filing of the Compensation Hearing Notice of Appeal. Alternatively, the party filing the appeal may file a joint statement of the evidence within fifteen calendar days of the filing of the Compensation Hearing Notice of Appeal. The statement of the evidence must convey a complete and accurate account of what transpired in the Court of Workers' Compensation Claims and must be approved by the workers' compensation judge before the record is submitted to the Clerk of the Appeals Board. *See* Tenn. Comp. R. & Regs. 0800-02-22-.03 (2015).

6. After the workers' compensation judge approves the record and the Court Clerk transmits it to the Workers' Compensation Appeals Board, the appeal will be docketed and assigned to an Appeals Board judge for review. At that time, a docketing notice shall be sent to the parties. Thereafter, the parties have fifteen calendar days to submit briefs to the Appeals Board for consideration. *See* Tenn. Comp. R. & Regs. 0800-02-22-.02(3) (2015).

**To appeal your case directly to the Tennessee Supreme Court, the Compensation Order (Order of Dismissal) must be final and you must comply with the Tennessee Rules of Appellate Procedure. If neither party timely files an appeal with the Appeals Board, this Order will become final by operation of law thirty calendar days after entry pursuant to Tennessee Code Annotated section 50-6-239(c)(7).**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Order of Dismissal was sent to the following recipients by the following methods of service on this the 13th day of July, 2016.

| Name | Certified Mail | Via Fax | Via Email | Service sent to: |
|---|---|---|---|---|
| James Black, Self-represented Employee | X | | X | Jameswblack1@gmail.com; 1837 Darlington Dr., Clarksville, TN 37024 |
| Michael Haynie, Employer's Counsel | | | X | mhaynie@manierherod.com |

**Penny Shrum, Clerk of Court**
**Court of Workers' Compensation Claims**
WC.CourtClerk@tn.gov